UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :

                                        :   MAGISTRATE NO. 00-CR-178(PGS)

                                        :

v.

                                        :   ORDER

MICHAEL TARD        :

    The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

    It is on this __9TH__ day of __FEBRUARY__, 2012,

    ORDERED that _____BRIAN REILLY_____ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
DOUGLAS E. ARPERT, U.S.M.J.
United States Magistrate Judge